UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ORAL MARKS, JR.,

    Plaintiff,

    v.

PROGRESSIVE NORTHERN
INSURANCE COMPANY,

    Defendant.

Case No. 07-cv-784-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Progressive Northern Insurance Company's ("Progressive") motion to dismiss (Doc. 5), which was filed on November 11, 2007. Pursuant to Local Rule 7.1(c), plaintiff Oral Marks, Jr.'s ("Marks") response was due 30 days after the motion to dismiss was filed, but 30 days have passed and Marks has not responded. The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). The Court hereby **ORDERS** Marks to **SHOW CAUSE** on or before January 11, 2008, why the Court should not construe his failure to timely respond to the motion to dismiss as an admission of the merits of the motion and dismiss his claims against Progressive. Failure to respond in a timely manner to this order may result in dismissal of this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

**IT IS SO ORDERED.**
**DATED: December 27, 2007**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**