UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ORAL MARKS, JR.,

    Plaintiff,

v.

PROGRESSIVE NORTHERN
INSURANCE COMPANY,

    Defendant.

Case No. 07-cv-784-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

**Dated: January 28, 2008**      By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**